UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-203 (PAM/KMM)

_____

United States of America,

                Plaintiff,

vs.

Francisco Manuel Rodriguez Valenzuela,

                Defendant.

_____

**MOTION TO DISCLOSE GOVERNMENT'S INTENT TO INTRODUCE ANY RULE 404(b) EVIDENCE**

    Defendant Francisco Manuel Rodriguez Valenzuela, by and through his attorney, Steven J. Wright, respectfully moves the Court for an order requiring the government to provide Defendant with notice of its intent to introduce any evidence of other crimes, wrongs, or bad acts allegedly committed by Defendant, codefendants, or any alleged co-conspirator. Fed. R. Evid. 404(b).

    Defendant is requesting immediate disclosure of the 404(b) evidence to enable defense counsel an opportunity to investigate and properly defend.

Dated: October 13, 2020                 Respectfully submitted,

                                                /s/ Steven J. Wright
                                                Minnesota Attorney #387336
                                                331 Second Ave South, Ste 705
                                                Minneapolis, MN 55401
                                                (612) 669-8280

                                                ATTORNEY FOR DEFENDANT